```
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
LYNDSI ALLSOP (Cal. Bar No. 323485)
Assistant United States Attorney
Deputy Chief, Major Crimes Section
KENNETH R. CARBAJAL (Cal. Bar No. 338079)
Assistant United States Attorney
Major Crimes Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:   (213) 894-3165/3172
     Facsimile:   (213) 894-3713/0141
     E-mail:      lyndsi.allsop@usdoj.gov
                  kenneth.carbajal@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT

11/18/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____jm_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>RYAN JAMES WEDDING,<br>   aka "James Conrad King,"<br>   aka "Jesse King,"<br>   aka "Jessi,"<br>   aka "~j,"<br>   aka "~R137,"<br>   aka "~PE,"<br>   aka "~3.14,"<br>   aka "~EL COCO,"<br>   aka "R,"<br>   aka "RW,"<br>   aka "JJ,"<br>   aka "Jessie New,"<br>   aka "Jes Old,"<br>   aka "Mexi,"<br>   aka "El Guerro,"<br>   aka "El Jefe,"<br>   aka "El Toro,"<br>   aka "Boss,"<br>   aka "Buddy,"<br>   aka "Giant,"<br>   aka "Grande,"<br>   aka "Public," | CR 2:25-cr-00886-CV<br><br>[PROPOSED] SECOND AMENDED ORDER SEALING INDICTMENT AND RELATED DOCUMENTS<br><br>**(UNDER SEAL)** |

```
 1       aka "Public Enemy,"
         aka "NPKY8WY7,"
 2       aka "FUJ93HXR,"
         aka "PW7RJ83R,"
 3       aka "KJ5JW6HM,"
         aka "NXYS6JC9,"
 4       aka "8DC7CAYB,"
         aka "49T9KYR9,"
 5       aka "T9PHWCJY,"
         aka "YF4TTY4K,"
 6   DEEPAK BALWANT PARADKAR,
         aka "cocaine_lawyer,"
 7       aka "Deepaj Emergency,"
         aka "Descartes,"
 8       aka "K8KDZKW8,"
         aka "A5VB2FX6,"
 9       aka "Z9W7ETCU,"
         aka "criminal_lawyer@me.com,"
10   ATNA OHNA,
         aka "Tupac,"
11       aka "~Kim Jong -Un,"
         aka "~kim jong Un,"
12       aka "6Z3DKEPC,"
         aka "DR8CF76E,"
13   CARMEN YELINET VALOYES FLOREZ,
         aka "~negra,"
14       aka "7JKF6Y5A,"
     WILSON RIASCOS,
15       aka "Pepe,"
     ROLAN SOKOLOVSKI,
16       aka "The Jew,"
         aka "~Sushi,"
17       aka "Applepie,"
         aka "Lakers2,"
18       aka "Fiji2,"
         aka "6777F2HA,"
19       aka "HESR73RN,"
         aka "4K6S66FC,"
20       aka "deem1313@live.ca,"
     FNU LNU 1,
21       aka "~JP Morgan,"
         aka "JP,"
22   BIANCA CANASTILLO-MADRID,
         aka "Bianca Canastillo
23        Madrid,"
         aka "Bianca Madrid,"
24       aka "~cady,"
         aka "Claudio,"
25       aka "Claudi Old New Is
             Candy,"
26       aka "TK8658TT,"
         aka "B9R3SBWT,"
27   ALLISTAIR CHAPMAN,
         aka "🥰,"
28       aka "⚡,"
```

```
      aka "Ali Star,"
      aka "R9BSX52X,"
      aka "PVMTRY34,"
TOMMY DEMORIZI,
AHMAD NABIL ZAITOUN,
      aka "Ahmad Nabil Zitoun,"
      aka "Ahmad Zitoun,"
      aka "Ahmad Zaitoon,"
      aka "Activs Cousin,"
      aka "Ynotbro,"
      aka "T8PR3Y8R,"
GURSEWAK SINGH BAL,
      aka "The Dirty News,"
      aka "thedirtynewz,"
      aka "@6ixaktv,"
      aka "@6ixak_tv,"
      aka
         "sixademiks6@hotmail.com,"
EDWIN BASORA-HERNANDEZ,
      aka "Edwin Hernandez,"
      aka "Ed Winter,"
YULIETH KATHERINE TEJEDA,
      aka "ana.kata1992,"
FNU LNU 1,
FNU LNU 2,
FNU LNU 3,
FNU LNU 4,
FNU LNU 5,

           Defendants.
```

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the indictment and any related documents in the above-titled case (except the arrest warrants), the government's sealing application, and this order shall be kept under seal until November 18, 2025, at 11:59 p.m. PST.

11/18/2025
_____          _____
DATE                                     HONORABLE MICHAEL KAUFMAN
                                         UNITED STATES MAGISTRATE JUDGE

**OR IN CASE OF DENIAL:**

    The government's application for sealed filing is DENIED.  The sealing application will be filed under seal.  The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____       _____
DATE                                      HONORABLE MICHAEL KAUFMAN
                                               UNITED STATES MAGISTRATE JUDGE